IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 10-CV-478-PAM-JJK |
| ) | |
| MICHAEL HOLIEN, BARBARA HOLIEN ) | |
| and YELLOW MEDICINE COUNTY ) | |
| ) | |
| Defendants. ) | |

## **ORDER OF JUDGMENT**

The Court has determined that judgment should be entered on Count I consistent with the Stipulation for Entry of Judgment executed by the plaintiff, the United States, and defendant, Michael Holien, on June 11, 2010. (Dkt. No. 11) Accordingly, it is ORDERED that:

Defendant Michael Holien is liable to the United States for federal income taxes, interest, and penalties for 2003 and 2004 in the amount of $34,441.87, plus interest and statutory additions accruing according to law from December 28, 2009 until the judgment is paid.

Each party shall be liable for its own costs of litigation and attorneys' fees.

**IT IS SO ORDERED.**

Dated: July 29 , 2010        s/Paul A. Magnuson
                             The Honorable Paul A. Magnuson
                             United States District Court Judge