# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America

        Plaintiff,

v.

Michael Holien, et al

        Defendants.

**ORDER OF REFERENCE**
Court File No. 10-478 PAM/JJK

-------------------------------------------------------------

The parties in this case consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings pursuant to 28 U.S.C. 636(c) and Fed.R.Civ.P. 73.

IT IS HEREBY ORDERED that this case be referred to the Honorable Jeffrey J. Keyes, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73.

Dated: August __2__, 2010

                                                  s/Paul A. Magnuson
                                                Paul A. Magnuson
                                                United States District Court Judge